BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225
Ref. No.: 06-F-053-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY a/s/o Panalpina, Inc.,

                                     Plaintiff,

  -against-

OLD DOMINION FREIGHT LINE, INC.,

                                     Defendant.



Rule 7.1 Statement

-----------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, **ST. PAUL FIRE AND MARINE INSURANCE COMPANY a/s/o Panalpina, Inc.,** A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

SEE ATTACHED

DATE: August 7, 2008

                                                     _____
                                                     SIGNATURE OF ATTORNEY
                                                     JAMES P. KRAUZLIS (4972)

FORM SDNY-9

**ST. PAUL COMPANIES**
Athena Assurance Company
Discover Property and Casualty
Discover Specialty Ins Co
Fidelity & Guaranty Ins Co
Fidelity & Guaranty Ins Undrws
GeoVera Insurance Company
Northbrook Prop & Cas Ins Co
Pacific Select Property Ins Co
St. Paul Fire & Casualty Ins
St. Paul Fire & Marine Ins Co
St. Paul Guardian Ins Co
St. Paul Indemnity Ins Co
St. Paul Insurance Company
St. Paul Ins Co of IL
St. Paul Insurance Co of ND
St. Paul Medical Liab Ins Co
St. Paul Mercury Ins Co
St. Paul Property & Cas Ins Co
St. Paul Surplus Lines Ins Co
Seaboard Surety Company
United States Fid & Guar Co
USF&G Business Insurance Co
USF&G Family Insurance Company
USF&G Founders Ins Co
USF&G Insurance Company of MS
USF&G Insurance Company of WI
USF&G Pacific Insurance Co
USF&G Small Business Ins Co
USF&G Specialty Insurance Co
USF&G West Insurance Co
**American Continental Ins Co**
**Discover Reinsurance Co**
**Inner Harbor Reinsurance, Inc**